IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAURA A. BROWN, | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 05-0034(KAJ) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| APPLIED CARD SYSTEMS, | : | |
| INC., a Delaware corporation, | : | |
| | : | |
| Defendant. | : | |

### JOINT MOTION TO APPROVE CONFIDENTIAL SETTLEMENT AND DISMISS CASE WITH PREJUDICE

Plaintiff, **LAURA A. BROWN**, and Defendant **APPLIED CARD SYSTEMS, INC.**, submit their joint motion to approve the parties' confidential settlement, and state as follows:

1.     Plaintiff filed this action against defendants under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA") and under the Delaware Wage Payment and Collection Act, Chapter 11, Title 19 of the Delaware Code pursuant to 19 Del. C. §1113(a) for unpaid overtime, liquidated damages, attorneys' fees and costs.

2.     The parties to this litigation have reached a fair and equitable resolution in this matter, which settles all claims in this case, and other matters between the parties.

3.     The settlement is fair to Plaintiff because it resolves a dispute between the parties as to the monies she claims are owing. Defendants have raised various affirmative defenses to Plaintiff's claims, and had taken the position that they have previously tendered to Plaintiff all monies to which he might be entitled. Plaintiff's counsel negotiated the terms of the settlement, and has independently verified that it is fair to her client.

4.     The settlement at issue reflects a reasonable compromise of disputed issues, and

should be approved by this court, reserving jurisdiction to enforce the parties' confidential settlement agreement in accordance with its terms.

Respectfully submitted this ___ day of July, 2005.

| | |
|---|---|
| Margolis Edelstein<br>Attorneys for Plaintiff<br>1509 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 777-4680 phone<br>(302) 777-4682 facsimile<br><br>_/s/ Keri L. Morris_<br>Keri L. Morris, Esquire (#4656) | APPLIED CARD SYSTEMS, INC.<br>In-House Counsel for Defendant<br>50 Applied Card Way<br>Glen Mills, PA 19342<br>(484) 840-1700 (x29802) phone<br>(302) 467-4994 facsimile<br><br>_/s/ Frank J. Borzio_<br>Frank J. Borzio, Esquire (#3914) |