IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAURA A. BROWN, | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 05-0034(KAJ) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| APPLIED CARD SYSTEMS, | : | |
| INC., a Delaware corporation, | : | |
| | : | |
| Defendant. | : | |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

THIS MATTER came before the Court on the parties' Joint Motion to approve the parties' settlement and to dismiss this case with prejudice. Based on the parties' representations and being otherwise familiar with the file, the Court finds that the settlement of Plaintiff's claims is a fair and reasonable resolution of a bona fide FLSA dispute. The Court having reviewed the Motion and being otherwise duly advised in the premises thereof, it is

ORDERED and ADJUDGED that the Joint Motion is GRANTED. This case is dismissed with prejudice, the settlement is approved, and this Court shall retain jurisdiction to enforce the terms of the parties' confidential settlement agreement in accordance with its terms. The Clerk may close this case and deny all pending motions as moot.

DONE and ORDERED in Chambers in Wilmington, Delaware this ___ day of _____, 2005.

                                                           KENT A. JORDAN
                                                           United States District Judge

Copies furnished to: All counsel of record